IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,                )        CASE NO:  8:91CR38
                          Plaintiff,     )
                                         )                ORDER
                                         )        TO WITHDRAW EXHIBITS
              vs.                        )        OR TO SHOW CAUSE WHY
                                         )        EXHIBITS SHOULD NOT BE
                                         )              DESTROYED
HASSAN MAJIED,                           )
                          Defendant.     )

          Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for defendant  shall either

1) withdraw the following exhibits previously submitted in this matter within 15 calendar

days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

          Exhibit number(s):  101

          Hearing type(s):  Motion Hearing

          Date of hearing(s):  7/30/91

          If counsel fails to withdraw these exhibits as directed or to show cause  why the

exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits

without further notice to the parties or order from the court.

          IT IS SO ORDERED.

          May 30, 2007.


                                        s/ Lyle E. Strom
                                        United States District Judge